UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 2:16 CR 174 |
| | ) | |
| DYLAN GLOVER. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION

Pursuant to the Findings and Recommendation of the United States Magistrate Judge (DE # 218), to which the defendant has not objected,[1] and subject to this court's consideration of the Plea Agreement (DE # 215) pursuant to FED. R. CRIM. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 14 of the Second Superseding Indictment (DE # 105) is now hereby **ACCEPTED**, and defendant is adjudged guilty of that offense. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: November 3, 2017

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

---

[1] Objections to the findings and recommendation were due November 2, 2017. (*See* DE # 218 at 2.)